UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 00-95-MV | USA vs. | Manuelito |
| Date: | January 22, 2021 | Name of Deft: | Robert Manuelito |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:25 a.m./ 10:00 a.m. | Total Time in Court (for JS10): | 35 minutes |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Fred Federici, III | Defendant's Counsel: | Irma Rivas |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Angie Escobedo | Sworn? | Yes ☐  No ☐ |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):   Mandatory – The defendant must not unlawfully possess a controlled substance. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

### SENTENCE IMPOSED

| | | |
|---|---|---|
| Imprisonment (BOP): | | |
| Supervised Release: Through January 25, 2021 | Probation: | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | |
|---|---|---|
| **X** | All previously imposed conditions remain in place | |
| | | |
| | | |
| | OTHER: | |

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | , IF ELIGIBLE. |

| OTHER COMMENTS | Court addresses defendant.  Defendant admits violation.  Defendant addresses Court.  Court addresses defendant.  Defense counsel addresses Court.  Government counsel addresses Court.  Probation Officer Angie Escobedo addresses Court.  Defendant reads letter he submitted to the Court last September.  Court addresses defendant and imposes sentence.  Court dismisses Petition and advises defendant that his supervision will terminate on January 25, 2021. |
|---|---|